UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2016 FEB -9 P 3:48

Sam Sloan

Plaintiff(s)

v.

Hearst Media Company
WMUR TV Station
Deborah Wasserman Schultz

Defendant(s)

COMPLAINT 1:16-cv-52-

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Sam Sloan
1664 Davidson Ave Apx 1B
Bronx NY 10453

Defendant(s)'s Name, Address and Phone Number

Hearst Media Company, 2 Commercial St
Manchester NH

WMUR TV Station, 2 Commercial St
Manchester NH

Deborah Wasserman Schultz, US
Congresswoman, House Office Building
Washington DC

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

1. Plaintiff is a candidate for US President as a Democrat and is registered as such with the Federal Election Commission.

2. Plaintiff is on the primary ballot for the New Hampshire primary taking place today.

3. Plaintiff has repeatedly asked WMUR TV station to carry paid ads for Sam Sloan for President. WMUR TV station has failed and refused to do so.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

4. Last week plaintiff was in Des Moines Iowa for the Iowa Caucuses. The TV station there is owned by Hearst Media Company the same company that owns the TV station in Manchester NH.

5. The General Counsel for Hearst Media in Des Moines Iowa informed plaintiff by email that Hearst Media anywhere in the US would refuse to carry TV ads for plaintiff unless plaintiff can prove to their satisfaction that he is a bona fide candidate

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

6. Plaintiff had already established that he is a bona fide candidate because Plaintiff is registered with the Federal Election Commission, Plaintiff is on the New Hampshire Primary Ballot, and Plaintiff was invited by Dr. Andy McGuire Chairman of the Iowa Democratic Party to participate in the Iowa Caucuses.

7. Defendant Deborah Wasserman Schultz, is a US Congressman and Chairman of the Democratic National Committee, she is also the former

CAMPAIGN MANAGER FOR HILLARY CLINTON.

8. DEBORAH WASSERMAN SCHULTZ HAS REFUSED TO ALLOW PLAINTIFF TO PARTICIPATE IN THE TV DEBATES EVEN THOUGH PLAINTIFF IS AN INTERNATIONALLY KNOWN CHESS PLAYER AND BOOK PUBLISHER AND WOULD EASILY WIN THE DEBATES AND BE ELECTED IF ALLOWED TO PARTICIPATE

WHEREFORE,

THIS COURT SHOULD ORDER HEARST MEDIA AND WMUR TV STATIONS TO CARRY PAID TV ADS FOR SAM SLOAN FOR PRESIDENT AND THIS COURT SHOULD ORDER DEBORAH WASSERMAN SCHULTZ TO INCLUDE SAM SLOAN IN THE TV DEBATES

*Sam Sloan*
SAM SLOAN
1664 DAVIDSON AVE 1B
BRONX NY 10453
SAMHSLOAN@GMAIL.COM
917-659-3397

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☒ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: _February 9, 2016_

Signature: _[signature]_