UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sam Sloan

    v.

                                                Civil No. 16-cv-052-PB

Hearst Media Company, WMUR TV Station,
and Deborah Wasserman Schultz

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 28, 2016.

    SO ORDERED.

                                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

Date: May 31, 2016

cc:   Sam Sloan, pro se