UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sam Sloan

v.                                    Civil No. 16-cv-052-PB

Hearst Media Company, WMUR TV Station, and
Deborah Wasserman Schultz

## J U D G M E N T

In accordance with the Order by Judge Paul Barbadoro dated May 31, 2016, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated April 28, 2016, judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: May 31, 2016

cc:   Sam Sloan, pro se