UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2016 JUN 30 A 8: 22

Sam Sloan,                          )
      Plaintiff              )
                                    )
v.                                  ) Civil Action No.
Hearst Media Company,               ) 16 CV 052 (PB)
WMUR TV Station, and                )
Deborah Wasserman Schultz)
                                    )
      Defendants             )

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the undersigned hereby appeals to the Court of Appeals from all parts of the decision and order that dismissed this case

*[signature: Sam Sloan]*

Sam Sloan
1664 Davidson Ave 1B
Bronx NY 10453
917-507-7226
917-659-3397
samhsloan@gmail.com

Copy to:

Affidavit of Service

Samuel H. Sloan being duly sworn states that on June 29, 2016 he served the within Objections to the Report and Recommendation of the United States Magistrate Judge by regular mail and/or electronic mail addressed to

Hearst Media Company
300 W. 57th Street
NEW YORK, NY 10019

Hearst Media Company

KCCI TV Station
888 9th St
Des Moines IA 50309

WMUR TV Station
100 South Commercial Street
Manchester, NH 03101
(603) 669-9999

Deborah Wasserman Schultz
1114 Longworth H.O.B
Washington, DC 20515
Phone: 202-225-7931

Deborah Wasserman Schultz
Democratic National Committee
430 South Capitol St. SE
Washington, DC 20003

Stephen Hartzell
Brooks Pierce
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401

Stephen Hartzell
Brooks Pierce
150 Fayetteville Street
1600 Wells Fargo Capitol Center
Raleigh, NC 27601

Sworn to before me this
29st day of June 2016

CUI YING LI
Notary Public, State of New York
No. 01LI6303092
Qualified in New York County
Commission Expires May 12, 20__

Notary Public