# United States Court of Appeals
## For the First Circuit

No. 16-1885

SAM SLOAN,

Plaintiff, Appellant,

v.

HEARST MEDIA COMPANY; WMUR TV STATION;
DEBORAH WASSERMAN SCHULTZ,

Defendants, Appellees.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: October 28, 2016

After careful de novo review of the record and the parties' submissions, we affirm the dismissal of the complaint, substantially for the reasons adopted by the district court. <u>See</u> <u>Bernardo ex rel. M & K Eng'g, Inc.</u> v. <u>Johnson</u>, 814 F.3d 481, 483 (1st Cir. 2016) (standard of review).

Affirmed. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Samuel Sloan, Jonathan Donnellan