# United States Court of Appeals
## For the First Circuit

No. 16-1885

SAM SLOAN

Plaintiff - Appellant

v.

HEARST MEDIA COMPANY; WMUR TV STATION; DEBORAH WASSERMAN SCHULTZ

Defendants - Appellees

**MANDATE**

Entered: November 21, 2016

    In accordance with the judgment of October 28, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Jonathan Donnellan
Samuel Howard Sloan